Don A. Hernandez, Esq. (SBN 125119)
HERNANDEZ SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, California 91101
Telephone:  (626) 440-0022
Facsimile:  (626) 628-1725
E-mail address:  dhernandez@hernlaw.com

Scott S. Christie
Mark H. Anania
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(Pending admission pro hac vice)

Attorneys for Defendant
HAYWARD INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBQUEST.COM, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HAYWARD INDUSTRIES, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.: 1:10-cv-00306-OWW-GSA<br><br>[Assigned to Hon. Oliver W. Wanger]<br><br>**DEFENDANT HAYWARD INDUSTRIES, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant/Counterclaimant HAYWARD INDUSTRIES, INC., certifies that the following listed party is a full and complete list of parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the

1
**HAYWARD INDUSTRIES' DISCLOSURE STATEMENT**

1  stock of outcome of this case.  These representations are made to enable the Court to
2  evaluate possible disqualification or recusal.

3                  (1)    Hayward Industries

5  DATED:  April 26, 2010

                                               HERNANDEZ, SCHAEDEL &
                                               ASSOCIATES, LLP

                                             By:   <u>/s/ Don A. Hernandez</u>
                                                      Don A. Hernandez
                                             Attorneys for
                                             Defendant/Counterclaimant
                                           HAYWARD INDUSTRIES, INC.

**HAYWARD INDUSTRIES' DISCLOSURE STATEMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by electronically filing the same with the Court's CM/ECF system, which caused a Notice of Electronic Filing to be emailed to the following:

>Mike Rodenbaugh, Esq.
>RODENBAUGH LAW
>548 Market Street
>San Francisco, CA 97104
>
>Erin Dennis Vivion, Esq.
>RODENBAUGH LAW
>7740 North Fresno Street
>Suite 104
>Fresno, CA 93720
>
>Brett E. Lewis, Esq.
>LEWIS & HAND, LLP
>45 Main Street
>Suite 608
>Brooklyn, New York 11201

This the 26th day of April, 2010.

>/s/ _Don A. Hernandez_____
>      Don A. Hernandez

**HAYWARD INDUSTRIES' DISCLOSURE STATEMENT**