# EXHIBIT G

Page 1 of 2

Hayward.com | Hayward | Hayward Pool Chlorinator | Hayward Career | Hayward Hiring

4/19/2010

http://web.archive.org/web/20070226113155/http://hayward.com/

# Hayward.com



Hayward Pool Chlorinator | Hayward Career | Hayward Hiring | Hayward Recruitment | Hayward Staffing

**Related Links**

- Hayward Pool Chlorinator
  - Hayward Career
  - Hayward Hiring
  - Hayward Recruitment
  - Hayward Staffing
  - Florist Hayward
  - Flowers Hayward
  - Hayward Floral
- Hayward Human Resources
  - Hayward Dodge
  - Hayward Wi
  - Justin Hayward
  - Susan Hayward
  - Hayward Resort
  - Hayward Suites

**HAYWARD Web Sites - Sponsored Listings**

Buy Hayward Parts Direct
Hayward Pumps Filters & Heaters 100% Hayward Site W/ All Parts
www.haywardpartsdirect.com/

Pool Pumps at Wholesale
Hayward, Starite, Pentair and more. All brands of pumps at wholesale.
www.poolsupply4less.com/

Hayward.com | Hayward | Hayward Pool Chlorinator | Hayward Career | Hayward Hiring

Discount Pumps & Filters
Low priced Hayward pool supplies Fast Delivery, No Risk Guarantee
www.4bestpools.com/

Hayward Pump
Best Price On All Hayward Equipment Discounted Parts & Repairs!
www.aquaqualitypools.com/

Swimming Pool Pumps
A Full Selection of Pool Pumps At Great Wholesale Prices.
www.poolproducts.com/

Copyright © 2007 Hayward.com. All Rights Reserved