Don A. Hernandez, Esq. (SBN 125119)
HERNANDEZ SCHAEDEL & ASSOCIATES, LLP
2 North Lake Avenue, Suite 930
Pasadena, California 91101
Telephone:  (626) 440-0022
Facsimile:  (626) 628-1725
E-mail address:  dhernandez@hernlaw.com

Scott S. Christie
Mark H. Anania
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102

Attorneys for Defendant and Counterclaimant
HAYWARD INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBQUEST.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAYWARD INDUSTRIES, INC., <br><br> Defendant. <br><br> AND RELATED CROSS-ACTION | Case No. 1:10-cv-00306-OWW-GSA <br><br> [Assigned to Hon. Oliver W. Wanger] <br><br> **ORDER GRANTING HAYWARD'S REQUEST FOR EXTENSION OF PAGE LIMIT ON ITS COMBINED BRIEFING** |

1
ORDER GRANTING HAYWARD'S REQUEST FOR EXTENSION OF PAGE LIMIT ON ITS
COMBINED BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com

1  A request by Defendant and Counterclaimant Hayward Industries, Inc. ("Hayward") hereby
2 comes before the Court for permission to file one combined brief of fifteen (15) pages in lieu of two
3 briefs currently due on October 11, 2010: (1) its Reply to Hayward's Motion for Judgment on the
4 Pleadings and (2) its Opposition to Webquest's Motion for Sanction.

5  Good cause appearing, the Court hereby orders as follows:

6  Hayward may submit, in lieu of two separate briefs, one brief of no more than fifteen pages
7 for (1) its Reply to Hayward's Motion for Judgment on the Pleadings and (2) its Opposition to
8 Webquest's Motion for Sanction.

9  IT IS SO ORDERED.

11 Dated: October 12, 2010          /s/ OLIVER W. WANGER
                                    United States District Judge

2
ORDER GRANTING HAYWARD'S REQUEST FOR EXTENSION OF PAGE LIMIT ON ITS COMBINED BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com