1  Don A. Hernandez, Esq. (SBN 125119)
   **HERNANDEZ SCHAEDEL & ASSOCIATES, LLP**
2  2 North Lake Avenue, Suite 930
   Pasadena, California 91101
3  Telephone:  (626) 440-0022
   Facsimile:  (626) 628-1725
4  E-mail address:  dhernandez@hernlaw.com

5  Scott S. Christie (admitted *pro hac vice*)
   Mark H. Anania (admitted *pro hac vice*)
6  **McCARTER & ENGLISH, LLP**
   Four Gateway Center
7  100 Mulberry Street
   Newark, NJ  07102
8
   Attorneys for Defendant and Counterclaimant
9  *HAYWARD INDUSTRIES, INC.*

10  [See Signature Page for Additional Counsel]

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13  _____
                                           )
14  WEBQUEST.COM, INC.                     )   Case No. 1:10-cv-00306-OWW-JLT
                                           )   [Assigned to Hon. Oliver W. Wanger]
15              Plaintiff,                  )
                                           )   **STIPULATION OF DISMISSAL**
16                                          )   **WITH PREJUDICE; ORDER THEREON**
                                           )
17  HAYWARD INDUSTRIES, INC.,              )
                                           )
18              Defendant.                  )
                                           )
19  _____)
                                           )
20                                          )   **Pretrial Conference: June 20, 2011**
    AND RELATED CROSS-ACTION               )   **Trial Date: July 26, 2011**
21  _____)

22

23        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and through the signatures of their respective

24  counsel below, Plaintiff and Counterclaim Defendant WebQuest.com, Inc. ("WebQuest") and

25  Defendant and Counterclaim Plaintiff Hayward Industries, Inc. ("Hayward") hereby stipulate and

26  agree that each party's respective claims and counterclaims are hereby voluntarily dismissed, with

27  / / /

28  / / /

1   prejudice, with all rights of appeal waived, and with each party to bear its own costs and attorneys'

2   fees.

3         SO STIPULATED on May 6, 2011,

4   /s/Brett E. Lewis                           /s/Don A. Hernandez

5   Mike Rodenbaugh (SBN 179059)                Don A. Hernandez (SBN 125119)
    **RODENBAUGH LAW**                          **HERNANDEZ SCHAEDEL & ASSOCIATES, LLP**
6   548 Market Street                           2 North Lake Avenue, Suite 930
    San Francisco, CA 097104                    Pasadena, CA  91011
7   (415) 738-8087
                                                Scott S. Christie (admitted *pro hac vice*)
8   Erin Dennis Vivion (SBN 262599)             Mark H. Anania (admitted *pro hac vice*)
    **RODENBAUGH LAW**                          **McCARTER & ENGLISH, LLP**
9   7740 North Fresno Street, Suite 104         Four Gateway Center
    Fresno, CA 93720                            100 Mulberry Street
10                                              Newark, NJ  07102

11  Brett E. Lewis (admitted *pro hac vice*)
    **LEWIS & HAND, LLP**                       *Attorneys for Defendant and Counterclaimant*
    45 Main Street, Suite 608                   *HAYWARD INDUSTRIES, INC.*
12  Brooklyn, NY 11201
    (718) 243-9323
13  brett@lewishand.com

14  *Attorneys for Plaintiff and Counter-Defendant*
    *WEBQUEST.COM, INC.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE
ME1 11698811v.1

**ORDER**

The Joint Stipulation of Dismissal With Prejudice by the parties comes before the Court.

The Court having considered the Joint Stipulation of Dismissal With Prejudice, and for good cause appearing, the Court hereby orders as follows:

1.     All claims and counterclaims asserted in this action are hereby voluntarily dismissed, with prejudice; and

2.     Each party is to bear its own costs and attorneys fees.

IT IS SO ORDERED.

Dated:   **May 7, 2011**                         **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

ME1 11698811v.1